UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY RECTOR,
        Plaintiff,

vs.

VITAL DIAGNOSTICS, INC.,
        Defendant.

CIVIL ACTION FILE

NO. 1: 14-cv-764-LMM

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Claims and the Court having granted in part and denied in part said motion, it is

**Ordered and Adjudged** that the Settlement Agreement is approved, with the exception of paragraphs 13 and 14, which are stricken. Plaintiff's counsel shall be awarded $158,333.33 in attorneys' fees and $12,610.00 as reimbursements for out-of-pocket costs and expenses. Named Plaintiff Bobby Rector shall be awarded a service award of $5,000.00. All claims asserted by Plaintiff are **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 4th day of August, 2015.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                          By: *s/Denise D.M. McGoldrick*
                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 5, 2015
James N. Hatten
Clerk of Court

By: s/Denise D.M. McGoldrick
      Deputy Clerk